**William Z. SHEN, Appellant,**

v.

**HOSPITAL HILL HEALTH SERVICES CORPORATION; Curators of the University of Missouri, Appellees.**

**No. 01–2013.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 5, 2001.

Filed Oct. 11, 2001.

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

---

PER CURIAM.

William Z. Shen appeals the district court's[1] dismissal of his employment-discrimination and breach-of-contract action, without prejudice, for failure to prosecute. We review for abuse of discretion, *see Garland v. Peebles*, 1 F.3d 683, 686 (8th Cir. 1993), and find none. Shen's alleged difficulties with legal representation, though regrettable, do not excuse him from the litigant's responsibility to comply with the district court's substantive and procedural requirements. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 633–34, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *Brown v. Frey*, 806 F.2d 801, 804 (8th Cir.1986). Accordingly, we affirm. We deny Shen's post-appeal motion.

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.